Tel: 617-699-1427

Email: btariri@yahoo.com

Address: 100 Hano street, #11

Allston, MA 02134

Ben Tariri