July 6, 2026

From: Benjamin Tariri


To: U.S. DISTRICT COURT

     1 COURTHOUSE WAY, SUITE #: 2300

     BOSTON, MA 02210


RE: New Complaint

     Benjamin Tariri v. Massachusetts State Lottery commission, Et Al.


Dear Civil clerk,

Enclosed please find the documents for a new complaint. Kindly docket and issue a case number. The documents are as follow:


1. Civil cover sheet;

2. Category sheet;

3. Complaint;

4.Summons; and

5. $405 ( Filing Fee).


Thank you your usual courtesies. Please note that time is of essence as this matter is time sensitive.


Truly yours,


Benjamin Tariri, Plaintiff