AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Eastern Massachusetts_

Benjamin Tariri

V.

Massachusetts State Lottery
Commission, Et AL

**SUMMONS IN A CIVIL CASE**

CASE

2025 JUL 10 PM 3: 12

TO: (Name and address of Defendant)

Massachusetts State Lottery Commission
150 Mt. Vernon Street, Boston, MA
02124

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Benjamin Tariri
100 Hano St. # 11
Allston, MA 02134

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK