UNITED STATES DISTRICT COURT

Suffolk, S.S.

Eastern Massachusetts Division

Benjamin Tariri
v.
Massachusetts State Lottery, ET AL

Docket #: 1:26/CV/13181-SE

FILED
IN CLERKS OFFICE
2026 OCT -1 P 12: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

Plaintiff's Motion to Enlarge Time to Affect Service of Process upon Defendants

Respectfully, now comes Plaintiff, Pro Se and moves this honorable court to enlarge the time to serve his complaint and Summons upon the Defendants to Dec. 31, 2026.

As reasons for this motion, Plaintiff states that he has been incarcerated since March of 2026, and has been unable to secure access to legal research, and has also been moved several times preventing him to obtain the means to affect Service of Process Pursuant to F.R.Civ.P. 4.

Plaintiff also moves to be allowed to serve said Defendants by U.S. Mail, given his incarceration.

WHEREFORE, Plaintiff respectfully requests that time to serve be enlarged to Dec. 31, 2026, and also be allowed to serve by U.S. Mail.

Respectfully
Benjamin Tariri, Plaintiff

Sept. 29, 2026

Plaintiff's New address;

Benjamin Tarish, W120704

Pondville Correctional Center

P.O. Box 146

Norfolk, MA

02056

FILED
IN CLERKS OFFICE
2026 OCT -1 P 12: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.